No. 95–1837. ANDRESS *v.* CLEVELAND INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 95–1839. MCDONALD *v.* KING COUNTY. Ct. App. Wash. Certiorari denied.

No. 95–1840. PARKER ET AL *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1841. PELS *v.* DISTRICT OF COLUMBIA BAR ASSN. ET AL. Ct. App. D. C. Certiorari denied.

No. 95–1842. MERRETT ET AL. *v.* MOORE, COMMISSIONER, FLORIDA DEPARTMENT OF LAW ENFORCEMENT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1844. AMERICAN BANKERS MORTGAGE CORP. *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION, DBA FREDDIE MAC; and MORTGAGE NETWORK, INC., ET AL. *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION, DBA FREDDIE MAC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1846. HOLMAN WARFIELD *v.* WARFIELD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–1847. SANTA CRUZ OPERATION, INC., ET AL. *v.* MOSKOWITZ ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–1848. DOWLING *v.* ATLANTA CITY SCHOOL DISTRICT ET AL. Sup. Ct. Ga. Certiorari denied.

No. 95–1851. HOLMES *v.* GRIFFIN. Sup. Ct. Miss. Certiorari denied.

No. 95–1852. ORIENTATIONS GALLERY, INC. *v.* BAKERY CENTRE ASSOCIATES ET AL. C. A. 11th Cir. Certiorari denied.